## FORRESTER *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 87, September Term, 1964.]

*Decided August 5, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, SYBERT, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

For the reasons assigned by Judge Foster below the application must be denied.

*Application denied.*